United States District Court
Southern District of Texas
**ENTERED**
February 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SINDEN COLLIER, *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-00880 |
| CAMILLE G. CASH, M.D. AND CAMILLE G. CASH, M.D., P.A., *Defendants*. | § § § § | |

## FINAL JUDGMENT

This case was tried to an 8-member jury on February 9 through February 11, 2026. The jury returned a unanimous verdict awarding statutory damages to Plaintiff in the amount of $954,000.00. ECF 114. In accordance with the jury verdict rendered on February 11, 2026, it is ORDERED, ADJUDGED, AND DECREED that Plaintiff Sinden Collier shall recover from Defendants Camille G. Cash M.D. and Camille G. Cash, M.D., P.A., jointly and severally, $954,000.00 plus post-judgment interest at the rate of 3.47% annually from the date of entry of this Final Judgment until paid in full.

Each party shall bear their own costs.

This is a Final Judgment.